UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SAM JOSEPH RUGGERI,

                Plaintiff,

          --against--

CISO GLOBAL, INC. formerly known as
Cerberus Cyber Sentinel Corporation,

                Defendant.
-----------------------------------------------------------------X

24 CIV. 6246 (JMA) (ARL)

**AFFIDAVIT FOR JUDGMENT BY DEFAULT**

STATE OF NEW YORK   )
                               ) ss.:
COUNTY OF SUFFOLK  )

**COREY WINOGRAD**, being duly sworn, deposes and says:

1. I am a member of the Bar of this Court and am a member of Winograd & Winograd P.C., attorneys for plaintiff SAM JOSEPH RUGGERI in the above-captioned action. I am familiar with all the facts and circumstances of this action.

2. I make this affidavit pursuant to Rule 55.2(a) of the Local Civil Rules for the Eastern District of New York, in support of plaintiff's application for entry of a default judgment against defendant CISO GLOBAL, INC.

3. This is an action to recover the fixed amount of $125,764.88 owed by defendant to plaintiff for terminating plaintiff's employment without "Cause" on August 22, 2022, which was during the first 12 months of plaintiff's employment.

4. Jurisdiction of the subject matter of this action is based on diversity jurisdiction.

5. This action was commenced on September 6, 2024, by the filing of the summons and complaint. A copy of the summons and complaint was served on the defendant on September 23, 2024, pursuant to New York Business Corporation Law § 306, by service of two copies thereof upon Colleen Banahan, an authorized agent in the Office of the Secretary of State of New York, and proof of service was filed on September 26, 2024. The Clerk's Entry of Default was filed on November 7, 2024. The defendant has not answered the complaint and the time for the defendant to answer the complaint has expired.

6. This action seeks judgment for the liquidated amount demanded in the complaint of $125,764.88, plus pre-judgment simple interest at 9% per annum of $25,366.60 (based on New York State law), for a total as of November 19, 2024, of $151,131.48, as shown by the annexed Statement, which is justly due and owing, and no part of which has been paid.

7. The disbursements sought to be taxed have been made in this action and are set forth in the accompanying Bill of Costs with itemization.

WHEREFORE, plaintiff SAM JOSEPH RUGGERI requests the entry of the annexed Default Judgment against defendant CISO GLOBAL, INC.

_____
COREY WINOGRAD

Sworn to before me this
19th day of November, 2024

_____
Notary Public

Peter Browning
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01BR5088292
Qualified In Suffolk County
Commission Expires November 17, 2025

## STATEMENT OF PRE-JUDGMENT INTEREST

### Ruggeri v. CISO Global, Inc. 24 Civ. 6246 (JMA) (ARL)

| | |
|---|---|
| Fixed Amount Demanded In the Complaint | $125,764.88 |
| Pre-Judgement Interest Rate (9%) CPLR § 5004 | Multiplied by .09 |
| Number of Days since 8/22/2022 | Multiplied by 818 |
| | Divided by 365 |
| Total Pre-Judgment Interest Through 11/19/2024 | **$25,366.60** |
| Per Diem Interest | $31.01 |